United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-12546-amc |
| Ann Manuella | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 07, 2026 | Form ID: pdf900 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ann Manuella, 518 Friends Way, Upper Chichester, PA 19061-3849 |
| 15156850 | + | LAKEVIEW LOAN SERVICING, LLC, c/o MAGGIE S SOBOLESKI, Maggie Soboleski, 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15153884 | + | The Lits Building, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 08 2026 02:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 08 2026 02:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15156770 | ^ | MEBN | Jul 08 2026 02:07:16 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15153883 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 08 2026 02:12:00 | Loan Care, ATTN: Consumer Solutions Department, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 15155781 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 08 2026 02:18:03 | U.S. Department of Housing and Urban Development, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2

Date Rcvd: Jul 07, 2026

Date: Jul 09, 2026

User: admin

Form ID: pdf900

Signature:       /s/Gustava Winters

Page 2 of 2

Total Noticed: 8

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

MAGGIE S SOBOLESKI

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

SCOTT F. WATERMAN [Chapter 13]

ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 3

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Ann Manuella | ) | Case No. 26−12546−amc |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 06/15/2026, this case is hereby DISMISSED.

**Date: July 7, 2026**

_____
Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Missing Documents:
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1
Means Test Calculation Form 122C−2
Chapter 13 Plan
Schedules AB−J
Statement of Financial Affairs
Summary of Assets and Liabilities